ORIGINAL

FLORENCE T. NAKAKUNI     #2486
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA    #2556
Chief, Organized Crime and
Narcotics Section

MICHAEL K. KAWAHARA      #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2014

at____o'clock and __06__min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-01036 SOM-01,-02 |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 846, 841(a)(1), |
| | ) | & 841(b)(1)(A)] |
| MALIA ARCIERO,       (01) | ) | |
| KEALA ARCIERO,       (02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FIRST SUPERSEDING INDICTMENT**

Count 1:

The Grand Jury charges that:

From sometime in or about 2012 up through and including on or about April 30, 2013 in the District of Hawaii, defendants MALIA ARCIERO and KEALA ARCIERO and another person with the

initials "J.M.W.", the latter person not charged as a defendant herein, and others known and unknown to the grand jury, knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about April 20, 2013 in the District of Hawaii, defendant MALIA ARCIERO knowingly and intentionally distributed some quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

Count 3:

The Grand Jury further charges that:

On or about April 24, 2013 in the District of Hawaii, Defendant MALIA ARCIERO knowingly and intentionally distributed

2

fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count 4:

On or about April 30, 2013 in the District of Hawaii, defendants MALIA ARCIERO and KEALA ARCIERO knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections

//
//
//
//
//
//
//
//
//
//

3

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, June 19, 2014.

A TRUE BILL.

/s/ Foreperson
GRAND JURY FOREPERSON

FLORENCE T. NAKAKUNI
United States Attorney

By /s/
BEVERLY WEE SAMESHIMA
Chief, Narcotics & Organized
Crime Section

By /s/
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Malia Arciero and Keala Arciero, USDC-Hawaii, First Superseding Indictment.